# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

EMIL G. BURAK,

        Petitioner

No. 154 WAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.